**FILED: 12/1/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KLINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TAKATA CORPORATION, et al., <br><br> Defendants. | Case No. 2:14-cv-08677-GHK-FFM <br><br> [Assigned to Hon. George H. King] <br><br> (**PROPOSED**) **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RULING BY THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION** |

Upon consideration of the Joint and Unopposed Motion by Plaintiffs and Defendant TK Holdings, Inc to Stay Proceedings Pending a Ruling by the Judicial Panel on Multi-District Litigation and all other relevant factors, it is hereby ORDERED AND ADJUDGED that A STAY OF PROCEEDINGS IS GRANTED until the Judicial Panel on Multi-District Litigation rules on the pending motion to transfer pursuant to 14 U.S.C. § 1407.

Dated: __12/1__, 2014

_____
The Hon. George H. King
UNITED STATES DISTRICT JUDGE