UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
FILED
CLERK, U.S. DISTRICT COURT

Feb 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: __KMU_____ DEPUTY
```

IN RE: TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION                     2:14-cv-08677-CBM-AS        MDL No. 2599

Richard Klinger et al v. Takata Corporation et al

(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −1)**


On February 5, 2015, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Federico A Moreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Moreno.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 5, 2015, and, with the consent of that court, assigned to the Honorable Federico A Moreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

```
Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: Graciela Gomez    Deputy Clerk
Date: Feb 17, 2015
```

IN RE: TAKATA AIRBAG PRODUCTS　　　　　　　　　　　　　　　MDL No. 2599
LIABILITY LITIGATION

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 14−02407 | Tanner et al v. Takata Corporation et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 14−08565 | Luke Hooper et al v. American Honda Motor Co Inc et al |
| CAC | 2 | 14−08677 | Richard Klinger et al v. Takata Corporation et al |
| CAC | 2 | 14−08727 | Lauryn Sanchez et al v. Takata Corporation et al |
| CAC | 2 | 14−08970 | Kristen Go v. Honda Motor Co., Ltd. et al |
| CAC | 2 | 14−09037 | Michael McLeod et al v. Takata Corporation et al |
| CAC | 2 | 14−09065 | Kathryn Commiciotto et al v. Takata Corporation et al |
| CAC | 2 | 14−09127 | Julie Mi Ok Nam et al v. Takata Corporation et al |
| CAC | 2 | 14−09315 | Kelly Ritter v. Takata Corporation et al |
| CAC | 2 | 14−09357 | Melissa Teisl et al v. Takata Corporation et al |
| CAC | 2 | 14−09562 | Howard Singer et al v. Takata Corporation et al |
| CAC | 5 | 14−02346 | Jina Bae et al v. Takata Corporation et al |
| CAC | 8 | 15−00026 | Donna Bader v. Takata Corporation et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 14−02618 | Zamora et al v. Takata Corporation et al |
| FLORIDA MIDDLE | | | |
| FLM | 3 | 14−01420 | Rickert et al v. Takata Corporation et al |
| FLM | 3 | 14−01427 | Day v. Takata Corporation et al |
| ~~FLM~~ | ~~6~~ | ~~14−02071~~ | ~~Dang v. Honda Motor Company, LTD et al~~  Opposed 2/12/15 |
| FLM | 8 | 14−02958 | Considine et al v. Takata Corporation et al |
| FLORIDA NORTHERN | | | |
| FLN | 4 | 14−00635 | JOHNSTON et al v. TAKATA CORPORATION et al |
| GEORGIA NORTHERN | | | |

| | | | |
|---|---|---|---|
| GAN | 1 | 14−03556 | Arnold v. Takata Corporation et al |

ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 15−00011 | Gori v. Takata Corporation et al |

KANSAS

| | | | |
|---|---|---|---|
| KS | 6 | 14−01388 | Back v. TK Holdings, Inc. et al. |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 14−02520 | Gilbert Art, LLC v. Takata Corporation et al |
| LAE | 2 | 14−02551 | Primeaux et al v. Takata Corporation et al |
| LAE | 2 | 14−02703 | Burch et al v. Takata Corporation et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 14−14338 | Meade et al v. Takata Corporation et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 15−00026 | Hodgson et al v. Takata Corporation et al |
| MOW | 6 | 14−03487 | Holland et al v. Takata Corporation et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 14−07244 | FISHMAN v. TAKATA CORPORATION et al |
| NJ | 3 | 14−07227 | BOURNE v. TAKATA CORPORATION et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 14−07004 | Rosenstock v. Takata Corporation et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 14−08960 | Garcia et al v. Takata Corporation et al |
| NYS | 1 | 14−08963 | Lawrence et al v. Takata Corporation et al |
| NYS | 1 | 14−09396 | Alexander et al v. Takata Corporation et al |
| NYS | 7 | 14−08920 | Cioffi v. Takata Corporation et al |
| NYS | 7 | 14−09459 | Dunleavy v. Takata Corporation et al |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| ~~NYW~~ | ~~1~~ | ~~14−01005~~ | ~~Perez v. Takata Corporation et al~~   Opposed 2/13/15 |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 7 | 14−00267 | Young et al v. Takata Corporation et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 14−01001 | AHMADI D/B/A SOUTHEAST ENTERPRISES, et al. v. TAKATA CORPORATION, et al. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 14−00298 | Meiser et al v. Takata Corporation et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 14−02722 | Sayler v. Takata Corporation et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14−06391 | RAIKEN et al v. TAKATA CORPORATION et al |
| PAE | 2 | 14−06628 | SCHAFLE et al v. TAKATA CORPORATION et al |
| PAE | 2 | 14−06648 | VUKADINOVIC v. TAKATA CORPORATION et al |
| PAE | 2 | 14−07000 | RIDEOUT v. TAKATA CORPORATION et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 14−01562 | GERHART et al v. TAKATA CORPORATION et al |
| PAW | 2 | 14−01756 | MARINO v. TAKATA CORPORATION et al |

PUERTO RICO

| | | | |
|---|---|---|---|
| ~~PR~~ | ~~3~~ | ~~14−01671~~ | ~~Echevarria v. American Honda Motor Co., Inc.~~ Vacated 2/17/15 |
| ~~PR~~ | ~~3~~ | ~~14−01778~~ | ~~Pedraza−Figueroa v. TK Holdings, Inc. et al~~ Opposed 2/12/15 |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 2 | 14−04433 | Horton et al v. Takata Corporation et al |
| SC | 3 | 15−00112 | Sujata v. Takata Corporation et al |
| SC | 5 | 14−04485 | Lyon v. Takata Corporation et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 14−03392 | Leger v. Takata Corporation et al |